Village of Oak Park, Illinois, Appellee, v. Grace A. Prugger, Appellant.

Gen. No. 41,253.

opinion filed December 23, 1940. Louis S. Gibson, for appellant; Robert C. Barney and C. A. Willard, Jr., for appellee. Opinion by JUSTICE McSURELY. ''Not to be published in full.''